FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 04, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES BRADLEY MOORE and COLLETTE L.S. MOORE,<br><br>                   Plaintiffs,<br><br>   v.<br><br>WELLS FARGO BANK, N.A.,<br><br>                   Defendant. | NO: 1:22-CV-3045-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Joint Stipulation of Dismissal with Prejudice. ECF No. 31. The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and provides for the dismissal of this action with prejudice, with waiver by each party to any right to appeal the dismissal, and with each party to this action to bear his or its own attorneys' fees, expenses, and costs. The Court has reviewed the record and files herein and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED with prejudice**, with waiver by each party to any right to appeal the dismissal, and with each party to this action to bear his or its own attorneys' fees, expenses, and costs.

2. All deadlines, hearings and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

**DATED** March 4, 2024.



THOMAS O. RICE
United States District Judge